## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>     **Plaintiff,**<br><br>     **v.**<br><br>**MORGAN STANLEY & CO. INC.,**<br><br>     **Defendant.** | **Civil Action 05-00166 (HHK)** |

## FINAL JUDGMENT ORDER AS TO DEFENDANT
## MORGAN STANLEY & CO. INCORPORATED

The Securities and Exchange Commission having filed a Complaint and Defendant

Morgan Stanley & Co. Incorporated, ("Defendant") having entered a general appearance;

consented to the Court's jurisdiction over Defendant and the subject matter of this action;

consented to entry of this Final Judgment without admitting or denying the allegations of the

Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived

any right to appeal from this Final Judgment:

I.

**IT IS THIS 4th DAY OF FEBRUARY, 2005, HEREBY ORDERED, ADJUDGED**

**AND DECREED** that Defendant, its officers, agents, servants, employees, attorneys, and all

persons in active concert or participation with Defendant who receive actual notice of this Final

Judgment by personal service or otherwise are permanently restrained and enjoined from

violating Rule 101 of Regulation M under the Exchange Act [17 C.F.R. § 242.101], by using any

means or instrumentality of interstate commerce, or of the mails, or of any facility of any national

securities exchange, in connection with a distribution of securities, directly or indirectly, to bid

for, purchase, or attempt to induce any person to bid for or purchase, a covered security during

the applicable restricted period**.**

## II.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant shall

pay a civil penalty in the amount of $40 million pursuant to Section 21(d)(3) of the Exchange Act

[15 U.S.C. § 78u(d)(3)].  Defendant shall make this payment within ten (10) business days after

entry of this Final Judgment by certified check, bank cashier's check, or United States postal

money order payable to the Securities and Exchange Commission.  The payment shall be

delivered or mailed to the Office of Financial Management, Securities and Exchange

Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia

22312, and shall be accompanied by a letter identifying Morgan Stanley & Co. Incorporated, as a

defendant in this action; setting forth the title and civil action number of this action and the name

of this Court; and specifying that payment is made pursuant to this Final Judgment.  A copy of

the cover letter and of any money orders or checks, front and back, shall be transmitted

simultaneously to Ann Rosenfield, Esq., Securities and Exchange Commission, 450 Fifth Street,

N.W., Washington, D.C. 20549-0707.

## III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the attached

Consent is incorporated herein with the same force and effect as if fully set forth herein, and that

Defendant shall comply with all of the undertakings and agreements set forth therein.

## IV.

2

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall

retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.


Dated: February 4, 2005


Henry H. Kennedy, Jr.
United States District Judge